# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01065-REB

AMANDA LARKINS, on behalf of M.D., a minor child,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming Commissioner** [#19] entered by Judge Robert E. Blackburn on April 18, 2013, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** that the conclusion of the Commissioner through the Administrative Law Judge that M.D. was not disabled is **AFFIRMED**.

    DATED at Denver, Colorado, this 19th day of April, 2013.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Edward P. Butler
                                                Edward P. Butler
                                                Deputy Clerk