**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   12-CV-01065-REB

AMANDA LARKINS O/B/O M.D.,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR
AWARD OF ATTORNEYS' FEES PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**
_____

**Blackburn, J.**

This matter is before the court on plaintiff's **Stipulated Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#29][1] filed September 23, 2014.

Plaintiff, on behalf of the child, filed a claim for Supplemental Security Income based on childhood disability benefits.  Without conceding the substantial justification issue, the parties have settled Plaintiff's request for attorney fees under the Equal Access to Justice Act.  The parties have agreed that Plaintiff will receive a total Equal Access to Justice Act award of $9,000.00.

After reviewing the motion and the record, I conclude that the motion should be

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

granted.

   **THEREFORE, IT IS ORDERED** as follows:

   1. That the **Stipulated Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#29] filed September 23, 2014, is **GRANTED**; and

   2. That defendant shall pay plaintiff reasonable attorney fees and expenses in the amount of $9,000.00.

   Dated September 25, 2014, at Denver, Colorado.

             **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge